1   JOHN R. MANNING (SBN 220874)
    ATTORNEY AT LAW
2   1111 H Street, #204
    Sacramento, CA 95814
3   (916)444-3994
    jmanninglaw@yahoo.com
4
    Attorney for Defendant
5   SHANNON ARMSTRONG

6
                    IN THE UNITED STATES DISTRICT COURT
7
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
    UNITED STATES OF AMERICA,              ) Case No.: 2:15-CR-131-TLN
10                                         )
                      Plaintiff,           ) STIPULATION REGARDING EXCLUDABLE TIME
11                                         ) PERIODS UNDER SPEEDY TRIAL ACT;
    vs.                                    ) FINDINGS AND ORDER
12                                         )
    VALDEZ-TORRES et al.,                  ) Date:  December 10, 2015
13                                         ) Time:  9:30 a.m.
                      Defendants           ) Judge: Honorable Troy L. Nunley
14                                         )

15

16          The United States of America through its undersigned counsel,

17   Christiaan Highsmith, Assistant United States Attorney, together with counsel

18   for defendant Roberto Gomez. Jr., Christopher R. Cosca, Esq., counsel for

19   defendant Leonel Ayon, David A. Torres, Esq., counsel for defendant Leobardo

20   Martinez-Carranza, Jesse Ortiz, III, Esq., counsel for defendant Jason

21   Rogers, Michael Petrik, Jr., Esq., counsel for defendant Shannon Armstrong,

22   John R. Manning, Esq., counsel for defendant Bradley Ward, Toni L. White,

23   Esq., counsel for defendant David Uhrig, Clemente M. Jimenez, Esq., counsel

24   for defendant William Welch, David A. Grow, Esq., counsel for defendant

25   Michael McGibbon, Dwight M. Samuel, Esq., counsel for defendant Edgar Eduardo

26   Herrera, Scott N. Cameron, Esq., and counsel for defendant Jesus Sicairos,

27   Jeffrey L. Staniels, Esq., hereby stipulate the following:

28

1      1.  By previous order, this matter was set for status conference on

2  October 1, 2015.

3      2.  By this stipulation, the defendants now move to continue the status

4  conference until December 10, 2015, at 9:30 a.m., and to exclude time between

5  October 1, 2015 and December 10, 2015 under the Local Codes T-2 (unusual and

6  complex) and T-4 (to allow defense counsel time to prepare).

7      3.  The parties agree and stipulate, and request the Court find the

8  following:

9     a. Currently, the government has produced 148 pages of discovery and

10       four discs of audio recordings.  As the court is aware, this is a

11       "wire-tap" case wherein the government was "up on" multiple phone

12       lines (four phone lines).  Numerous federal and local law

13       enforcement agencies had been investigating the individuals named in

14       the indictment for several months prior to their respective arrests.

15       Finally, the defense believes the government intends to produce

16       hundreds of photos and videos.

17     b. Counsel for the defendants need additional time to review the

18       discovery, conduct investigation, and interview potential witnesses.

19     c. Counsel for the defendants believe the failure to grant a

20       continuance in this case would deny defense counsel reasonable time

21       necessary for effective preparation, taking into account the

22       exercise of due diligence.

23     d. The government does not object to the continuance.

24     e. Based on the above-stated findings, the ends of justice served by

25       granting the requested continuance outweigh the best interests of

26       the public and the defendants in a speedy trial within the original

27       date prescribed by the Speedy Trial Act.

28

f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of October 1, 2015, to December 10, 2015, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(ii) and(iv), corresponding to Local Codes T-2 and T-4 because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that provision of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 23, 2015          /s/ Christopher R. Cosca
                                    CHRISTOPHER R. COSCA
                                    Attorney for Defendant
                                    Roberto Gomez, Jr.

Dated:  September 23, 2015          /s/ David A. Torres
                                    DAVID A. TORRES
                                    Attorney for Defendant
                                    Leonel Ayon

Dated:  September 23, 2015          /s/ Jesse Ortiz, III
                                    JESSE ORTIZ, III
                                    Attorney for Defendant
                                    Leobardo Martinez-Carranza

Dated:  September 23, 2015          /s/ Michael Petrik, Jr.
                                    MICHAEL PETRIK, JR.
                                    Attorney for Defendant
                                    Jason Rogers

Dated:  September 23, 2015          /s/ John R. Manning
                                    JOHN R. MANNING
                                    Attorney for Defendant
                                    Shannon Armstrong

1

Dated: September 23, 2015                    /s/ Toni L. White

2                                            TONI L. WHITE
                                             Attorney for Defendant
3                                            Bradley Ward

4   Dated:  September 23, 2015               /s/ Clemente M. Jimenez
                                             CLEMENTE M. JIMENEZ
5                                            Attorney for Defendant
                                             David Uhrig
6
    Dated:  September 23, 2015               /s/ David A. Grow
7                                            DAVID A. GROW
                                             Attorney for Defendant
8                                            William Welch

9   Dated:  September 23, 2015               /s/ Dwight M. Samuel
                                             DWIGHT M. SAMUEL
10                                           Attorney for Defendant
                                             Michael McGibbon
11
    Dated:  September 23, 2015               /s/ Jeffrey L. Staniels
12                                           JEFFREY L. STANIELS
                                             Attorney for Defendant
13                                           Jesus Sicairos

14  Dated:  September 23, 2015               /s/ Scott N. Cameron
                                             SCOTT N. CAMERON
15                                           Attorney for Defendant
                                             Edgar Eduardo Herrera
16

17
    Dated:  September 27, 2015               Benjamin B. Wagner
18                                           United States Attorney

19                                           by: /s/ Christiaan Highsmith
                                             Christiaan Highsmith
20                                           Assistant United States Attorney

21

22                                **ORDER**

23  IT IS SO FOUND AND ORDERED this 28th day of September, 2015.

24

25

26

27
    _____
28  Troy L. Nunley
    United States District Judge