JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
SHANNON ARMSTRONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-CR-131 TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS |
| vs. | |
| VALDEZ-TORRES et al., | Date: February 18, 2016 |
| | Time: 9:30 a.m. |
| Defendants. | Judge: Honorable Troy L. Nunley |

The United States of America through its undersigned counsel, Christiaan Highsmith, Assistant United States Attorney, together with counsel for defendant Roberto Gomez. Jr., Christopher R. Cosca, Esq., counsel for defendant Leonel Ayon, David A. Torres, Esq., counsel for defendant Leobardo Martinez-Carranza, Jesse Ortiz, III, Esq., counsel for defendant Jason Rogers, Michael Petrik, Jr., Esq., counsel for defendant Shannon Armstrong, John R. Manning, Esq., counsel for defendant Bradley Ward, Toni L. White, Esq., counsel for defendant David Uhrig, Clemente M. Jimenez, Esq., counsel for defendant William Welch, David A. Grow, Esq., counsel for defendant Michael McGibbon, Dwight M. Samuel, Esq., counsel for defendant Edgar Eduardo Herrera, Scott N. Cameron, Esq., and counsel for defendant Jesus Sicairos, Jeffrey L. Staniels, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on December 10, 2015.
2. By this stipulation, the defendants now move to continue the status conference until February 18, 2016 and to exclude time between December 10, 2015 and February 18, 2016 under the Local Codes T-2 (unusual and complex) and T-4 (to allow defense counsel time to prepare).
3. The parties agree and stipulate, and request the Court find the following:
   a. As the court is aware, this is a "wire-tap" case wherein the government was "up on" multiple phone lines (four phone lines). Numerous federal and local law enforcement agencies had been investigating the individuals named in the indictment for several months prior to their respective arrests. Initially the government produced over 800 pages of discovery and 5 discs containing audio recordings. On October 27, 2015 the government distributed an additional 33 discs containing search warrant applications, search warrant pictures, and picture/video surveillance.
   b. Counsel for the defendants need additional time to review the voluminous discovery, conduct investigation, and interview potential witnesses.
   c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
   d. The government does not object to the continuance.
   e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of

the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

   f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of December 10, 2015, to February 18, 2016, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(ii) and(iv), corresponding to Local Codes T-2 and T-4 because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that provision of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:   November 25, 2015            /s/  Christopher R. Cosca
                                      CHRISTOPHER R. COSCA
                                      Attorney for Defendant
                                      Roberto Gomez, Jr.

Dated:   November 25, 2015            /s/  David A. Torres
                                      DAVID A. TORRES
                                      Attorney for Defendant
                                      Leonel Ayon

Dated:   November 25, 2015            /s/  Jesse Ortiz, III
                                      JESSE ORTIZ, III
                                      Attorney for Defendant
                                      Leobardo Martinez-Carranza

Dated:   November 30, 2015            /s/  Michael Petrik, Jr.
                                      MICHAEL PETRIK, JR.
                                      Attorney for Defendant
                                      Jason Rogers

Dated: November 25, 2015      /s/ John R. Manning
                              JOHN R. MANNING
                              Attorney for Defendant
                              Shannon Armstrong

Dated: November 25, 2015      /s/ Toni L. White
                              TONI L. WHITE
                              Attorney for Defendant
                              Bradley Ward

Dated: November 25, 2015      /s/ Clemente M. Jimenez
                              CLEMENTE M. JIMENEZ
                              Attorney for Defendant
                              David Uhrig

Dated: November 30, 2015      /s/ David A. Grow
                              DAVID A. GROW
                              Attorney for Defendant
                              William Welch

Dated: November 25, 2015      /s/ Dwight M. Samuel
                              DWIGHT M. SAMUEL
                              Attorney for Defendant
                              Michael McGibbon

Dated: November 25, 2015      /s/ Jeffrey L. Staniels
                              JEFFREY L. STANIELS
                              Attorney for Defendant
                              Jesus Sicairos

Dated: November 25, 2015      /s/ Scott N. Cameron
                              SCOTT N. CAMERON
                              Attorney for Defendant
                              Edgar Eduardo Herrera

Dated: November 30, 2015      Benjamin B. Wagner
                              United States Attorney

                              by: /s/ Christiaan Highsmith
                              Christiaan Highsmith
                              Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 30th day of November, 2015.

Troy L. Nunley
United States District Judge