TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Place, Suite 6
Auburn, CA  95603
Telephone:  (530) 885-6244
Facsimile:   (530) 885-8245

Attorney for Defendant
BRAD WARD

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00131 TLN |
|---|---|
| Plaintiff, | **STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; ORDER** |
| v. | |
| VALDEZ-TORRES et al, | |
| Defendants. | |

The United States of America through its undersigned counsel, Christiaan Highsmith, Assistant United States Attorney, together with counsel for defendant Roberto Gomez. Jr., Christopher R. Cosca, counsel for defendant Leobardo Martinez-Carranza, Jesse Ortiz, counsel for Edgar Herrera, Scott Cameron, counsel for Bradley Ward, Toni White, counsel for William Welch, David Grow, counsel for Michael McGibbon, Dwight Samuel, and counsel for Jesus Humberto Zurita-Sicairos, Jeffrey Staniels, hereby stipulate the following:

1. By previous order, this matter was set for status conference on June 23, 2016.

2. By this stipulation, the defendants now move to continue the status conference until September 29, 2016, at 9:30 a.m., and to continue to exclude time through the currently set trial date of August 7, 2017, which includes the time between status conference dates of June 23, 2016 and September 29, 2016, under the Local Codes T-2 (unusual and complex) and T-4 (to allow defense counsel time

1

to prepare).  Counsel for Defendant Zurita-Sicairos confirms that he stipulates to an exclusion of time solely pursuant to 18 U.S.C.§ 3161(h)(6), Local Code R.

3. The parties agree and stipulate, and request the Court find the following:

    a. As the court is aware, this is a "wire-tap" case wherein the government was "up on" multiple phone lines (four phone lines).  Numerous federal and local law enforcement agencies had been investigating the individuals named in the indictment for several months prior to their respective arrests.  Initially the government produced over 800 pages of discovery and 5 discs containing audio recordings.  On October 27, 2015 the government distributed an additional 33 discs containing search warrant applications, search warrant pictures, and picture/video surveillance. As of May 26, 2016, discovery is up to bates stamped number 7,425.

    b. Counsel for the defendants need additional time to review the voluminous discovery, conduct investigation, and interview potential witnesses.

    c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The government does not object to the continuance.

    e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

    f. A trial date has been set in this matter. Trial is currently scheduled to begin on August 7, 2017. At the status conference that occurred on April 28, 2016, in which all the undersigned counsel were present, time was excluded under local codes R, T2 and T4 through the trial date of August 7, 2017.

    g.  This stipulation does not seek to disturb the April 28, 2016 finding of excludable time.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  June 22, 2016 | /s/  Christopher R. Cosca<br>CHRISTOPHER R. COSCA<br>Attorney for Defendant<br>Roberto Gomez, Jr. |
| Dated:  June 22, 2016 | /s/  Jesse Ortiz, III<br>JESSE ORTIZ, III<br>Attorney for Defendant<br>Leobardo Martinez-Carranza |
| Dated:  June 22, 2016 | /s/  Scott N. Cameron<br>SCOTT N. CAMERON<br>Attorney for Defendant<br>Edgar Eduardo Herrera |
| Dated:  June 22, 2016 | /s/  Toni L. White<br>TONI L. WHITE<br>Attorney for Defendant<br>Bradley Ward |
| Dated:  June 22, 2016 | /s/  David A. Grow<br>DAVID A. GROW<br>Attorney for Defendant<br>William Welch |
| Dated:  June 22, 2016 | /s/  Dwight M. Samuel<br>DWIGHT M. SAMUEL<br>Attorney for Defendant<br>Michael McGibbon |
| Dated:  June 22, 2016 | /s/  Jeffrey L. Staniels<br>JEFFREY L. STANIELS<br>Attorney for Defendant<br>Jesus Humberto Zurita-Sicairos |

Dated:  June 22, 2016                    Phillip A. Talbert
                                         Acting United States Attorney

                                         by: /s/ Christiaan Highsmith
                                         Christiaan Highsmith
                                         Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 22nd day of June, 2016.

_____
Troy L. Nunley
United States District Judge

4