| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | SAMUEL WONG<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2772<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-131-TLN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING TRIAL CONFIRMATION HEARING DATE** |
| v. | |
| JOSE MANUEL VALDEZ-TORRES, ET AL., | Court: Hon. Troy L. Nunley |
| Defendants. | |

Whereas, plaintiff United States of America and each of the remaining defendants who are parties to this stipulation desire additional time to allow them to attempt to resolve pretrial this prosecution,

It is hereby stipulated and agreed by, and between, the United States, on the one hand, and defendants Roberto Gomez, Leobardo Martinez-Carranza, Bradley Gene Ward, William James Welch, Michael William McGibbon, and Jesus Humberto Zurita Sicairos, through their respective counsel that the presently set June 15, 2017, trial confirmation hearing be continued to July 13, 2017, at 9:30 a.m.

DATED: June 13, 2017

        PHILLIP A. TALBERT
        United States Attorney

        */s/ Samuel Wong*
By:
        SAMUEL WONG
        Assistant United States Attorney

1

DATED:  June 13, 2017

By: */s/ Chris Cosca*

CHRIS COSCA
Attorney for defendant
Roberto Gomez

DATED:  June 13, 2017

By: */s/ Jesse Ortiz*

JESSE ORTIZ
Attorney for defendant
Leobardo Martinez-Carranza

DATED:  June 13, 2017

By: /s/ *Toni White*

TONI WHITE
Attorney for defendant
Bradley Gene Ward

DATED:  June 13, 2017

By: */s/ David Grow*

DAVID GROW
Attorney for defendant
William James Welch

DATED:  June 13, 2017

By: */s/ Dwight Samuel*

DWIGHT SAMUEL
Attorney for defendant
Michael William McGibbon

DATED:  June 13, 2017

By: */s/ Jeffrey Staniels*

JEFFREY STANIELS
Attorney for defendant
Jesus Humberto Zurita Sicairos

## ORDER

Pursuant to stipulation of respective counsel for the parties, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety as its ORDER.

It is ORDERED that the presently set June 15, 2017, trial confirmation hearing shall be continued to July 13, 2017, at 9:30 a.m.

DATED: June 13, 2017

Troy L. Nunley
United States District Judge