PHILLIP A. TALBERT
United States Attorney
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE MANUEL VALDEZ-TORRES, ET AL., <br><br> Defendants. | CASE NO. 2:15-CR-131-TLN <br><br> STIPULATION AND ORDER CONTINUING TRIAL CONFIRMATION HEARING DATE AND TRIAL DATE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT <br><br> Court: Hon. Troy L. Nunley |

Whereas, the United States anticipates producing within the next week to defendants as additional discovery a computer disk containing approximately 489 files of Spanish/English transcripts of recorded phone communications related to drug transactions and other criminal acts allegedly performed by the defendants charged in this case;

Whereas, each defense counsel desires additional time to review and investigate the information on the computer disk provided by the United States to aid in the preparation of his/her respective client's defense and otherwise advise the client on the ramifications of accepting or rejecting the plea offer made to the client.

Whereas, the task of reviewing the newly produced discovery and explaining the ramifications of settling versus proceeding to trial is made much more difficult for: (1) those defendants who are in custody; and/or (2) those defendants whose primary language is Spanish, namely, Roberto Gomez, Jr., and Leobardo Martinez-Carranza, as the use of a Spanish/English language interpreter will necessary in

1 | order to complete this work;

2 | Whereas, there are six defendants remaining who are scheduled for trial in this case;

3 | Whereas, the criminal conspiratorial acts charged in the Superseding Indictment are alleged to have taken place in multiple counties, multiple federal judicial districts, and over a timespan of approximately one and one-half years;

Whereas, this prosecution is based largely on evidence gained through the use of at least four court-ordered wiretaps and the execution of approximately ten search warrants, and

Whereas, the United States will have produced approximately 7,800 pages of discovery, and recordings of an estimated 1,000 + phone communications, many of which are in the Spanish language,

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendants Roberto Gomez, Jr., Leobardo Martinez-Carranza, Bradley Gene Ward, William James Welch, and Michael William McGibbon, on the other hand, through their respective attorneys, that:

(1) the presently set July 13, 2017, trial confirmation hearing shall be continued to November 16, 2017, at 9:30 a.m.;

(2) the presently set August 7, 2017, trial date shall be continued to January 29, 2018;

(3) the Court shall find that this case is unusual and complex due to the number of defendants (six) and the nature of the prosecution (as described above) that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by 18 U.S.C. § 3161;

(4) the Court shall find that the denial of the requested continuance would deny counsel for each defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

(5) the Court shall find that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendants in a speedy trial;

(6) the Court shall set a status conference date of July 13, 2017, at 9:30 a.m. for defendant Jesus Humberto Zurita Sicairos, who wishes to enter a change of plea;

(7) the Court shall set a status conference date of August 3, 2017, at 9:30 a.m. for any

defendant who wishes to enter a change of plea; and

    (8)    pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 and T4, the Court shall exclude time from the date of the parties' stipulation, July 10, 2017, until the proposed January 29, 2017, trial date from computation of time within which the trial of this matter must be commenced to allow each defense counsel time to prepare his/her client's defense,.

DATED: July 10, 2017                      PHILLIP A. TALBERT
United States Attorney

By:   */s/ Samuel Wong*
SAMUEL WONG
Assistant United States Attorney

DATED: July 10, 2017

By:   */s/ Chris Cosca*
CHRIS COSCA
Attorney for defendant
Roberto Gomez

DATED: July 10, 2017

By:   */s/ Jesse Ortiz*
JESSE ORTIZ
Attorney for defendant
Leobardo Martinez-Carranza

DATED: July 10, 2017

By:   /s/ *Toni White*
TONI WHITE
Attorney for defendant
Bradley Gene Ward

DATED: July 10, 2017

By:   */s/ David Grow*
DAVID GROW
Attorney for defendant
William James Welch

DATED: July 10,, 2017

By:   */s/ Dwight Samuel*
DWIGHT SAMUEL
Attorney for defendant
Michael William McGibbon

Defendant Jesus Humberto Zurita Sicairos does not object to a continuance of the trial confirmation date and trial date as contained in this stipulation and proposed order, and will submit to an exclusion of time from the date of the parties' stipulation, July 10, 2017, until the proposed January 29, 2017, trial date, pursuant to 18 U.S.C. § 3161(h)(6) and Local Code R (both excluding a reasonable period of delay when the defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted).

DATED: July 10,, 2017

By:       */s/ Jeffrey Staniels*
      JEFFREY STANIELS
      Attorney for defendant
      Jesus Humberto Zurita Sicairos

------------------------------------------------

## ORDER

Pursuant to stipulation of respective counsel for the parties, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety as its ORDER.

The Court hereby finds that:

(1)     this case is unusual and complex due to the number of defendants (six) and the nature of the prosecution (as described above) that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by 18 U.S.C. § 3161;

(2)     the denial of the requested continuance would deny counsel for each defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

(3)     the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendants in a speedy trial.

///

Therefore, it is hereby ORDERED that:

(1) the presently set July 13, 2017, trial confirmation hearing shall be continued to November 16, 2017, at 9:30 a.m.;

(2) the presently set August 7, 2017, trial date shall be continued to January 29, 2018, at 9:00 a.m.;

(3) the Court shall conduct a status conference on July 13, 2017, at 9:30 a.m. for defendant Jesus Humberto Zurita Sicairos, who wishes to enter a change of plea;

(4) the Court shall conduct a status conference on August 3, 2017, at 9:30 a.m. for any defendant who wishes to enter a change of plea;

(5) pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 and T4, time is excluded from the date of the parties' stipulation, July 10, 2017, until the proposed January 29, 2017, trial date from computation of time within which the trial of this matter must be commenced to allow each defense counsel time to prepare his/her client's defense; and

(6) as defendant Jesus Humberto Zurita Sicairos does not object to a continuance of the trial confirmation date and trial date as contained in this stipulation and proposed order, and agrees to submit to an exclusion of time, pursuant to 18 U.S.C. § 3161(h)(6) and Local Code R, time from the date of the parties' stipulation, July 10, 2017, until the proposed January 29, 2018, trial date is excluded from computation of time within which the trial of this matter must be commenced under 18 U.S.C. § 3161(h)(6) and Local Code R.

DATED: July 10, 2017

Troy L. Nunley
United States District Judge

STIPULATION AND ORDER CONTINUING TRIAL CONFIRMATION HEARING AND TRIAL, AND EXCLUDING TIME

5